AO91 (Rev. 12/03) Criminal Complaint   Felony   AUSA

**United States District Court**
**Southern District of Tex.**
**FILED**

# UNITED STATES DISTRICT COURT

JUL - 3 2018

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Julian Arturo PIZANA-Guerra | Case Number: B-18- mj-604 |
| A215 764 416 United States | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 01, 2018** in **Cameron** County, in the **Southern District Of Texas** defendant(s) knowingly, willfully, and in reckless disregard of the fact that two undocumented aliens had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said aliens by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On July 1, 2018 at approximately 9:00 p.m., Border Patrol Agents were conducting mobile static surveillance near Brownsville, Texas when agents observed a dark colored Chevy sedan leaving an area heavily used to smuggle and transport aliens. At this time, Remote Video Surveillance Systems operator had also informed agents that three subjects were seen getting into the described vehicle. Mobile agents proceeded to get behind the vehicle and conduct a traffic stop.

The sedan came to a stop and four subjects were seen running away from the area in an attempt to abscond from agents.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Cantu, Isaac   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 03, 2018                                                at    Brownsville, Texas
Date                                                                     City/State

Ronald G. Morgan          U.S. Magistrate Judge          _____
Name of Judge                 Title of Judge                       Signature of Judge

# AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**
**V.**
Julian Arturo PIZANA-Guerra
A215 764 416  United States

**CRIMINAL COMPLAINT**

Case Number: B-18-MJ-604

After a brief pursuit agents were able to apprehend PIZANA- Guerra, Julian Arturo who was driving the vehicle and two other subjects who were determined to be citizens of Mexico without proper identification to be or remain in the United States legally. All 3 subjects were transported to the Brownsville Border Patrol Station for further case development.

At the station it was determined that PIZANA- Guerra was the subject who picked up two undocumented aliens to further their entry into the United States.

All subjects had zero funds on their possession at the time of apprehension.

SUBSCRIBED and SWORN to before me this ___3rd___ day of ___July, 2018___.

_____
Signature of Judicial Officer

_____
Signature of Complainant